*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

**JEFF GABLE**                                                                                                            **PLAINTIFF**

**V.**                                              **4:09CV00097 JMM**

**UNIVERSAL CITY DEVELOPMENT PARTNERS LTD., d/b/a UNIVERSAL STUDIOS; UNIVERSAL CITY PROPERTY MANAGEMENT II LLC; and JOHN DOE, Tortfeasor**                                                                                      **DEFENDANTS**

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed. The jury trial scheduled March 29, 2010, is canceled.

The complaint and all claims in this action are hereby dismissed with prejudice as to all parties. All pending motions are moot.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 23rd day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE